Alexander R. Moir, Respondent, v. Duncan, Fox & Company, Inc., Appellant.—Action for money had and received based on fraud. Order denying defendant's motion for judgment dismissing the amended complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Blanche Lappert, Respondent-Appellant, v. Title Guarantee and Trust Company, Appellant-Respondent.—Action to rescind the purchase by plaintiff from defendant of a guaranteed first mortgage certificate. Order, as resettled, so far as it grants plaintiff's motion to strike out defendant's counterclaim unanimously reversed, with twenty dollars costs and disbursements to the defendant, and said motion denied, with leave to plaintiff to reply within ten days after service of order upon payment of said costs. In so far as the order appealed from denied plaintiff's motion for judgment on the pleadings it is affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Frieda Masin and Cecile Bernstein, Respondents, v. George I. Treyz and Herman Trooboff, Appellants, Impleaded with Others, Defendants.— Consolidated actions for personal injuries. Plaintiffs were passengers in the automobile belonging to and operated by defendant Trooboff when it was struck by another automobile owned by defendant Treyz and driven by his son. Judgment, and order denying motion of defendant Treyz for a new trial, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Nettie Nellie Roach and Others, Respondents, v. Maurice J. Katz and Others, Defendants, Impleaded with Morris Steinberg, Appellant.—Action for an accounting. Order, as resettled, denying motion of defendant-appellant for judgment dismissing the amended complaint as against him unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Benjamin F. DeAgostina, as President of the Allied Motion Picture Operators Union, a Voluntary Unincorporated Association of More than Seven Members, Respondent, v. Haruth Amusement Corporation, Appellant.— Action to enjoin defendant from employing as motion picture machine operators and projectionists in the booth of the Tiffany Theatre any persons other than those certified and furnished by plaintiff pursuant to an agreement between plaintiff and The Independent Theatre Owners Association, Inc., of which defendant became a member. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

Louise K. Nathan, Appellant, v. Milton M. Nathan, Respondent.—Action for separation. Order granting defendant's motion for judgment dismissing the complaint for insufficiency unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.